

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0126

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 25-0126

_____

BRANDEN CONRAD MIESMER,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

ORDER

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

Within Appellant Brandon Conrad Miesmer's February 13, 2025 Notice of Appeal, he stated that he was "requesting conflict-free counsel" to represent him in this appeal, referencing two separate, civil cause numbers. Miesmer included a copy of a January 14, 2025 Order Denying Post-Appeal Filings, issued in the Eighth Judicial District Court, Cascade County. The District Court notes that the filings were interpreted as a postconviction relief petition and filed as such (Cause No. CDV-24-604).

There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. We conclude that Miesmer is not entitled to court-appointed counsel or conflict-free counsel. Miesmer represented himself in the District Court. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Miesmer's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Branden Conrad Miesmer along with a copy of this Court's Appellate Handbook.

DATED this 18 day of February, 2025.

For the Court,

By _____
         Chief Justice